FILED IN OPEN COURT
U.S.D.C. Atlanta

MAR 1 3 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALLSTATE INSURANCE COMPANY,<br>   Plaintiff,<br>v.<br>STEPHEN and ANGELA SINTON,<br>   Defendants. | CIVIL ACTION NO.<br>1:09-CV-3530-CAP |

### Jury Verdict Form

Circle your answer

1. Do you find from a preponderance of the evidence that the Sintons fraudulently, willfully, and intentionally misrepresented or concealed material facts or circumstances on the claim form or during the inquiry made by Allstate after the fire loss had occurred?

   Answer **YES** or NO  *(YES circled)*

2. Do you find in favor of the Sintons on their claims against Allstate?

   Answer YES or NO

3. If you answered yes to Question 2, what amount of damages do you find?

    Damages to the Home, less the amounts already paid for damages to the home

    $_____

    Interest in the amount of    $_____

    Damages to the Contents, less the amounts already paid for damage or loss of the contents

    $_____

    Interest in the amount of    $_____

    Total damages

    $_____

SO SAY WE ALL.

This 13th day of March, 2014

_____
Foreperson
Christopher Rugg